**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| PATRICK ALLEN HANSFORD, DBA PATRICK HANSFORD ASSOCIATES, | ) ) ) | Case No. 1:12-cv-824 |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| ALK KAISER GROUP, LLC, et al., | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

---

**STIPULATED DISMISSAL**

---

The parties, through their respective attorneys, hereby stipulate to the dismissal with prejudice of this action and all claims therein, each Party to bear its own costs, expenses, and attorneys fees. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement and Mutual Release effective as of the 31 day of December, 2012.

Dated December 31, 2012

Respectfully Submitted,

Respectfully submitted,

_/s/ Stephen E. Gillen_                          _/s/ Monica L. Dias_
                                                 (per email consent)

6

Twc

Stephen E. Gillen
Brett A. Schatz
Wood, Herron & Evans LLP
2700 Carew Tower
Cincinnati, Ohio 45202-2917
Phone: (513) 241-2324
Fax: (513) 241-6234


*Attorney for Hansford*

Monica L. Dias (0073617)
Austin D. Padgett (0085368)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
Phone: (513) 651-6800
Fax: (513) 651-6981
mdias@fbtlaw.com
apadgett@fbtlaw.com

*Attorney for ALK Kaiser Group, LLC and T&J Kaiser Group, LLC*

7

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 3rd day of January 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties registered with the CM/ECF.

*s/Brett A. Schatz*_____
Stephen E. Gillen
sgillen@whe-law.com
Brett A. Schatz
bschatz@whe-law.com
Trial Attorney
Wood, Herron & Evans LLP.
2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Fax: (513) 241-6234

Attorneys for Hansford
